UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED
MAY 08 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| V. | § |
| | § CAUSE NO. DR-25-1717M(1) |
| GERARDO ADONAY MARTINEZ-ARGUETA | § |

## WAIVER OF PRELIMINARY HEARING
## AND/OR DETENTION HEARING
(Rule 5 or 32.1, Fed.R.Crim.P.)9

**Preliminary Hearing**

I, GERARDO ADONAY MARTINEZ-ARGUETA, charged in a complaint pending in this District, and having appeared before this court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed.R.Crim.P., including my right to have a preliminary hearing, do hereby waive (give up) my right to a preliminary hearing.

Yo, GERARDO ADONAY MARTINEZ-ARGUETA el acusado en una acusación pendiente en este Distrito, he comparecido ante este Tribunal y me han informado de mi derecho a una audiencia preliminar, cumpliéndose con el reglamento 5 o 32.1 de los Reglamentos de Procedimiento Penal Federal, por este medio renuncio (abandono) mi derecho a una audiencia preliminar.

x G.M
Defendant

**Detention Hearing**

I have also been advised of my right to a detention hearing. I have been advised that, at a detention hearing, the court will hear evidence to determine whether I should be held in jail without bond or whether a bond should be set for me. I have been advised that, if I waive (give up) my right to a detention hearing, I will be held in jail without bond while I wait for my trial. I hereby waive (give up) my right to have a detention hearing.

También me han informado de mi derecho a una audiencia para fijar fianza. Me han informado que, en la audiencia para fijar fianza, el juez recibirá pruebas para poder determinar si seguiré detenido sin fianza, o si me fijarán fianza. Me han informado que si renuncio (abandono) mi derecho a una audiencia para fijar fianza, seguiré detenido sin fianza hasta que se me someta a juicio. Renuncio (abandono) mi derecho a una audiencia para fijar fianza.

x G.M
Defendant

5/5/2025
Date

_____
Attorney for Defendant